UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL J. SMITH,

    Defendant.

Case No. 17-CR-177

## ORDER

Pursuant to the Defendant's motion for early termination of probation, the Court has considered the unopposed motion and is satisfied that early termination of Defendant's supervised release is warranted by the conduct of the Defendant and that such termination is in the interest of justice. Defendant has complied with his conditions of supervision and has paid restitution in full.

**IT IS THEREFORE ORDERED** that Defendant's motion for early termination of his supervised release is granted and Defendant's supervision is hereby terminated.

Dated this 11th day of August, 2020.

                      BY THE COURT:

                      s/ William C. Griesbach
                      William C. Griesbach
                      U.S. District Judge